# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR169 |
| **Plaintiff,** | ) | |
| | ) | **ORDER FOR WRIT OF** |
| vs. | ) | **HABEAS CORPUS AD PROSEQUENDUM** |
| | ) | |
| **ALEJANDRO FRANCO-DELGADILLO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 9th day of May, 2005.

                                                                          BY THE COURT:

                                                                          s/Thomas D. Thalken
                                                                          United States Magistrate Judge