# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR169 |
| vs. | ) | |
| | ) | ORDER |
| ALEJANDRO FRANCO-DELGADILLO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial (#19). The continuance was requested because counsel was set to be trying another case, *USA v. Anderson*, 8:04CR448, this week. The *Anderson* case, however, was subsequently resolved by a plea agreement and will not go to trial.

**IT THEREFORE IS ORDERED** that the Motion to Continue Trial (#19) is denied as moot.

**DATED June 28, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**