# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR169 |
| vs. ) | |
| ) | ORDER |
| ALEJANDRO FRANCO-DELGADILLO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to continue trial (#31), now set for August 23, 2005. Defendant seeks a continuance of 60 days or six months in order to complete treatment. I find that a continuance to November 1, 2005 should be granted.

**IT IS ORDERED** that defendant's motion (#31) is granted, as follows:

1. Trial of this matter is continued to Tuesday, **November 1, 2005**.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 15, 2005 and November 1, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in defendant's motion. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Defendant shall file a waiver of speedy trial in compliance with NECrimR 12.1 as soon as is practicable.

4. Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **October 18, 2005** advising the court of the anticipated length of trial.

**DATED August 10, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge