## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR169** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING** |
| **ALEJANDRO FRANCO-DELGADILLO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter came before the Court on the Government's unopposed Motion to Continue Sentencing in the above matter (Filing No. 51). For good cause shown, the motion shall be granted.  Accordingly,

IT IS ORDERED:

1)     The Government's Motion to Continue Sentencing (Filing No. 51) is granted; and

2)     The hearing previously scheduled for Monday, February 27, 2006, is continued to **Tuesday, March 21, 2006, at 3:00 p.m.**

DATED this 17th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge